**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CAMERON J. WILLIAMS,**                    **CASE NO.:  6:25-cv-01765-JSS-RMN**

    **Plaintiff,**

**vs.**

**STEPHANIE C. LINDLEY and**
**BYRD COOKIE COMPANY OF SAVANNAH, LLC**
**d/b/a BYRD COOKIE COMPANY, INC.,**

    **Defendants.**
_____/

**<u>AMENDED COMPLAINT</u>**

Plaintiff, **CAMERON J. WILLIAMS**, sues Defendants, **STEPHANIE C. LINDLEY and**

**BYRD COOKIE COMPANY OF SAVANNAH, LLC. dba BYRD COOKIE COMPANY,**

**INC.** and alleges:

1.    Plaintiff's claim is in excess of the minimum jurisdictional threshold required by this

Court.

2.    At all times material to this action, Plaintiff, **CAMERON J. WILLIAMS** was a

natural person residing in Orange County, Florida.

3.    At all times material to this action, Defendant, **STEPHANIE C. LINDLEY**, was

a natural person residing in Chatham County, Georgia.

4.    At all times material to this action, Defendant **BYRD COOKIE COMPANY OF**

**SAVANNAH, LLC. dba BYRD COOKIE COMPANY, INC.** was and/or is believed to be a

foreign corporation with its principle place of business in Florida.

1

## FACTS REGARDING THE CRASH

5.       On or about July 23, 2024, Plaintiff, **CAMERON J. WILLIAMS**, was the operator of a motor vehicle traveling westbound on I-4 approximately 1 mile south of W. Lake Mary Boulevard in Seminole County, Florida.

6.       At that time and place, Defendant, **STEPHANIE C. LINDLEY,** was the operator and owner of a motor vehicle traveling westbound on I-4 approximately 1 mile south of W. Lake Mary Boulevard in Seminole County, Florida.

7.       That at said time and place, **STEPHANIE C. LINDLEY** negligently operated or maintained said motor vehicle so as to cause it to collide with the motor vehicle occupied by **CAMERON J. WILLIAMS**.

## COUNT I
## NEGLIGENCE CLAIM OF CAMERON J. WILLIAMS
## AGAINST STEPHANIE C. LINDLEY

Plaintiff re-alleges and incorporates by reference paragraphs 1 through 7 above.

8.       **STEPHANIE C. LINDLEY** had a duty to use due care in the operation and maintenance of the motor vehicle she was operating.

9.       **STEPHANIE C. LINDLEY** breached this duty by negligently causing the vehicle she was operating to collide with the vehicle occupied by **CAMERON J. WILLIAMS.**

10.       **STEPHANIE C. LINDLEY** was then and there guilty of the following negligent acts:

a.       Failing to keep a proper lookout for others lawfully in the area;

b.       Failing to keep the vehicle she was operating under proper control at all times;

c.       Failing to maintain her lane; and

        d.        Otherwise being guilty of carelessness and negligence in the operation of the motor vehicle she was driving.

11.     As a direct and proximate result of **STEPHANIE C. LINDLEY's** negligence, **CAMERON J. WILLIAMS** suffered bodily injury and resulting pain and suffering, disability, physical impairment, scarring, disfigurement, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization/medical/nursing care and treatment, loss of earnings, loss of ability to earn money, aggravation of an existing disease or physical defect. The losses suffered by Plaintiff are permanent and continuing in nature; Plaintiff will suffer these losses indefinitely into the future.

WHEREFORE, Plaintiff **CAMERON J. WILLIAMS** demands judgment for damages against Defendant **STEPHANIE C. LINDLEY** and other such relief deemed proper by the Court. Plaintiff also demands a jury trial on all issues so triable.

## COUNT II
## VICARIOUS LIABILITY/ NEGLIGENCE CLAIM OF CAMERON J. WILLIAMS AGAINST BYRD COOKIE COMPANY OF SAVANNAH, LLC. dba BYRD COOKIE COMPANY, INC.

Plaintiff re-alleges and incorporates by reference paragraphs 1 through 11 above.

12.     At the time and place, Defendant **STEPHANIE C. LINDLEY** was acting as an agent of, employed by, or under the supervision of Defendant **BYRD COOKIE COMPANY OF SAVANNAH, LLC. dba BYRD COOKIE COMPANY, INC.** while driving the vehicle owned and/or controlled by **BYRD COOKIE COMPANY OF SAVANNAH, LLC. dba BYRD COOKIE COMPANY, INC.** and that was involved in the subject motor vehicle accident.

13.     **BYRD COOKIE COMPANY OF SAVANNAH, LLC. dba BYRD COOKIE COMPANY, INC.** is vicariously liable for the negligence of **STEPHANIE C. LINDLEY.**

WHEREFORE, Plaintiff **CAMERON J. WILLIAMS** demands judgment for damages against Defendant **BYRD COOKIE COMPANY OF SAVANNAH, LLC. dba BYRD COOKIE COMPANY, INC.** and other such relief deemed proper by the Court.  Plaintiff also demands a jury trial on all issues so triable.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2026, electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*/s/ Daniel E. Smith, II*
Daniel E. Smith, II, Esq.
Fla. Bar No.: 16249
Primary email address:
pleadings@hogansmith.com
Secondary email address:
dan@hogansmith.com;
victoria@hogansmith.com;
brittney@hogansmith.com
5840 South Semoran Blvd.
Orlando, FL 32822
P: (407) 377-0700
F: (407) 377-0701
